IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONALD McKEE,

    Plaintiff,

v.                       Case No. 1:18cv77-MW/GRJ

RICK SWEARINGEN,
Florida Department of
Law Enforcement,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 10. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 8, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED** on June 29, 2018.

                                  s/Mark E. Walker        
                                  United States District Judge